IN RE: VOLLENWEIDER              CASE NO. 09-13600

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

119
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

TID # 380220

Regarding
VOLLENWEIDER, FRANK WILLIAM, VOLLENWEIDER, NINA JOAN (09-13600 A)
92000247139666
COMBINED SMALL CHECK

Date    10/02/2011

$  ***********4.57

~~~Four Dollars and 57/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000119⑈ ⑆043302493⑆ 92000247139666⑈

10/5/11

DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000).
DUE: CAPITAL ONE BANK, N.A.

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229169    - KW
* * C O P Y * *
October 05, 2011
15:25:44

UNC.UNDER$25
09-13600

Debtor.: FRANK WILLIAM VOLLENWEIDER
Trustee: Aaron Caillouet
Amount.:            $4.57 CH
Check#.: 119

Total-> $4.57

FROM: CAILLOUET

Printed: 10/02/11 10:21 AM                                                                                    Page: 1

## Claims Distribution Small Checks

### Trustee: AARON CAILLOUET (380220)

Case: 09-13600 - VOLLENWEIDER, FRANK WILLIAM

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Payee: Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92000247139666 | 119 | 10/02/11 | | | | Clerk, U.S. Bankruptcy Court | | | | $4.57 |
| | | | 3 | 12/10/09 | 610 | Capital One Bank USA, N.A. | 120.81 | 120.81 | 4.57 | 4.57 |
| | | | | | | Check Amount: | | | | 4.57 |

(*) Denotes objection to Amount Filed